UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation and AMERICAN NATIONAL FIRE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 07 CV 1220-JLS (NLS)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO JOINT MOTION OF THE PARTIES**<br><br>[F.R.Civ.P. Rule 41(a), local rule 7.2] |

Upon the Joint Motion of the parties and good cause appearing pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the entire action herein is dismissed with prejudice with each party to bear its own attorneys fees and costs of litigation.

DATED: October 9, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge